# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>**JOEY MAGADAN**<br><br>　　　　　　Defendant. | CR NO: 1:23-MJ-0058-SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum　　　　　☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Joey Magadan | |
| Detained at: | Fresno County Jail | |
| Detainee is: | a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint<br>　　　charging detainee with: 18 U.S.C. 1959(a)(5) – Conspiracy/Attempted Murder | |
| or | b.) ☐ a witness not otherwise available by ordinary process of the Court | |
| Detainee will: | a.) ☒ return to the custody of detaining facility upon termination of proceedings | |
| or | b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility | |

*Appearance is necessary May 26, 2023, at 2PM in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Antonio J. Pataca |
| Printed Name & Phone No: | ANTONIO J. PATACA |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　　　☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **May 26, 2023 at 2PM**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **May 26, 2023**

　　　　　　　　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　Honorable Erica P. Grosjean
　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | ☒ Male ☐ Female | |
| Booking or CDC #: | | DOB: | 04-29-2003 |
| Facility Address: | Fresno County Jail | Race: | Hispanic |
| Facility Phone: | | FBI#: | 3D5HHM5KF |
| Currently Incarcerated For: | | | |

## RETURN OF SERVICE

Executed on: _____

　　　　　　　　　　　　(signature)