1  W. SCOTT QUINLAN, 101269
   Attorney at Law
2  2300 Tulare Street, Ste. 300
   Fresno, Ca 93721
3  PHONE: (559) 442-0634

4

5  Attorney for Defendant LORENZO AMADOR

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | No. 1:23-cr-0115 ADA BAM |
| 12         Plaintiff, | **DEFENDANT JOEY MAGADAN'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS COUNTS THREE, THIRTEEN, AND FOURTEEN OF THE ORIGINAL INDICTMENT AND ORDER** |
| 13  v. | |
| 14  JOEY MAGADAN, et al. | |
| 15         Defendants. | **DATE:** October 23, 2023<br>**TIME:** 10:00 a.m.<br>**PLACE:** Hon. Ana de Alba<br>Courtroom 1 |
| 16 | |
| 17 | |

18

19   Defendant Joey Magadan, hereby moves to withdrawal his Motion to Dismiss Counts

20 Three, Thirteen, and Fourteen of the original Indictment currently set to be heard on October 23,

21 2023 at 10:00 a.m. before the Honorable Ana de Alba.

22   THERE IS GOOD CAUSE to withdraw Mr. Magadan's motion as the government has

23 filed a Superseding Indictment mooting objections to the original Indictment. Further, the parties

24 are negotiating a possible resolution in the case which would moot any possible objections to the

25 Superseding Indictment. Counsel for co-defendant Miguel Barragan, who had joined the Motion

26 to Dismiss Count Three, agrees to the withdrawal of this motion without prejudice.

27 ///

28 ///

1

The parties, through their counsel, stipulate to withdraw the Motion to Dismiss Counts Three, Thirteen, and Fourteen of the original Indictment.

**IT IS SO STIPULATED**

Dated: September 6, 2023              Respectfully submitted,

/s/ W. Scott Quinlan
W. SCOTT QUINLAN, Attorney for
Defendant JOEY MAGADAN

Dated: September 6, 2023              /s/   Peter Jones
PETER JONES, Attorney for Defendant
MIGUEL BARRAGAN

Dated: September 6, 2023              /s/ Antonio Jose Pataca
ANTONIO JOSE PATACA
Assistant United States Attorney

**UPON GOOD CAUSE appearing, it is ORDERED** that the Motion to Dismiss Counts Three, Thirteen, and Fourteen of the original Indictment in this case be withdrawn.

IT IS SO ORDERED.

Dated:    September 7, 2023           _____
UNITED STATES DISTRICT JUDGE

2