ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOEY MAGADAN,<br><br>                    Defendant. | CASE NO.  1:23-CR-00115-MWJS-EPG<br><br>STIPULATION VACATING STATUS CONFERENCE AND SETTING CHANGE OF PLEA HEARING; ORDER |

**STIPULATION**

1.    By previous order, this matter was set for status on March 25, 2026, and trial on August 17, 2026.

2.    By this stipulation, defendant now moves to vacate the status conference and trial and set a change of plea hearing on February 9, 2026.

3.    No exclusion of time is required as time was previously excluded up to and including August 17, 2026.

IT IS SO STIPULATED.

STIPULATION VACATING STATUS
CONFERENCE AND SETTING CHANGE OF PLEA

1

Dated:  January 21, 2026                 ERIC GRANT
                                         United States Attorney


                                         /s/ ANTONIO J. PATACA
                                         ANTONIO J. PATACA
                                         Assistant United States Attorney


Dated:  January 21, 2026                 /s/ SCOTT QUINLAN
                                         SCOTT QUINLAN
                                         Counsel for Defendant
                                         Joey Magadan

STIPULATION VACATING STATUS
CONFERENCE AND SETTING CHANGE OF PLEA

2

## ORDER

IT IS SO ORDERED that the jury trial set for September 15, 2026, trial confirmation set for August 17, 2026 and status conference set for March 25, 2026 are vacated. A change of plea hearing is set for **February 9, 2026, at 10:00 a.m. in Courtroom 5 before the District Court Judge.** Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:    **January 21, 2026**          /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE

STIPULATION VACATING STATUS
CONFERENCE AND SETTING CHANGE OF PLEA

3