ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00115-MWJS-EPG-4 |
| Plaintiff, | STIPULATION CONTINUING SENTENCING HEARING; ORDER |
| v. | |
| JOEY MAGADAN, | |
| Defendant. | |

**STIPULATION**

1.     By previous order, this matter was set for sentencing on August 24, 2026.

2.     By this stipulation, the parties now move to continue the sentencing hearing to September 14, 2026.

3.     It is further stipulated that the parties shall adhere to this schedule unless it is later modified by this Court:

a)     Judgment and sentencing date: 9/14/2026 at 10:00 AM

b)     Reply or statement of non-opposition: 8/31/2026

c)     Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: 8/24/2026

d)     The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: 8/17/2026

STIPULATION CONTINUING SENTENCING HEARING

1

e)        Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: 8/10/2026

f)        The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: 7/27/2026

IT IS SO STIPULATED.

Dated:  June 9, 2026                                    ERIC GRANT
                                                        United States Attorney


                                                        /s/ ANTONIO J. PATACA
                                                        ANTONIO J. PATACA
                                                        Assistant United States Attorney


Dated:  June 9, 2026                                    /s/ SCOTT QUINLAN
                                                        SCOTT QUINLAN
                                                        Counsel for Defendant
                                                        Joey Magadan

STIPULATION CONTINUING SENTENCING                2
HEARING

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing currently set for August 24, 2026, is hereby continued to September 14, 2026, at 10:00 a.m.

It is further ordered that the parties shall adhere to this schedule unless it is later modified by this Court:

a) Judgment and sentencing date: 9/14/2026 at 10:00 a.m.in Courtroom 5 in Fresno.

b) Reply or statement of non-opposition: 8/31/2026

c) Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: 8/24/2026

d) The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: 8/17/2026

e) Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: 8/10/2026

f) The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: 7/27/2026

IT IS SO ORDERED.

Dated:   **June 9, 2026**                       _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION CONTINUING SENTENCING HEARING